IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| BITCO NATIONAL INSURANCE COMPANY f/k/a Bituminous Fire & Marine Insurance Company | ) ) ) | Civil Case No. 1:17-cv-1253 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| AMERICAN CONTRACTORS INSURANCE COMPANY, et al. | ) ) ) | |
| Defendants. | ) ) ) | |

## STIPULATION AND NOTICE OF DISMISSAL OF DEFENDANTS ISRAEL BAPTIST CHURCH AND ISRAEL MANOR, INC. ONLY PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, notice is hereby given that, because Israel Baptist Church and Israel Manor, Inc. are no longer parties to the underlying civil action brought in the Superior Court for the District of Columbia, Case No. 2016-CA-008468-B (the "Underlying Action'), and based upon their representations that neither of them is claiming entitlement to defense, indemnity, or any benefits provided by Plaintiff's insurance Policy in connection with the Underlying Action, Plaintiff's claims against Defendants Israel Baptist Church and Israel Manor, Inc. only are DISMISSED WITHOUT PREJUDICE. Plaintiff's claims against the remainder of the Defendants named herein are preserved and are not dismissed hereby.

Dated this 8th day of August 2017.

Respectfully Submitted,

/s/ Richard W. Driscoll
Richard W. Driscoll (436471)
Driscoll & Seltzer, PLLC
300 N. Washington Street, Suite 610

Alexandria, Virginia 22314
Tel. (703) 822-5001
Fax (703) 997-4892
rdriscoll@driscollseltzer.com

Edward I. Levicoff
Chloe C. Zidian
THE LEVICOFF LAW FIRM P.C.
4 PPG Place, Suite 200
Pittsburgh, Pennsylvania 15222
Telephone: (412) 434 - 5200
elevicoff@LevicoffLaw.com
czidian@Levicofflaw.com
Admitted pro hac vice

Counsel for Plaintiff

SEEN AND AGREED TO:

_____
Christopher M. Corchiarino
(DC Bar No. 487604)
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, Maryland 21202
Telephone: 410-783-4038
Fax: 410-783-4040
cxc@gdldlaw.com
***Attorney for Israel Baptist Church & Israel Manor, Inc.***

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BITCO NATIONAL INSURANCE COMPANY f/k/a Bituminous Fire & Marine Insurance Company,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN CONTRACTORS INSURANCE GROUP LTD., ATLANTIC CAISSON CORPORATION, ISRAEL BAPTIST CHURCH, ISRAEL MANOR INC., NEW LIFE ISRAEL, INC., FORRESTER CONSTRUCTION CO., DR. CHUKWULETE UKEEKWE, and GRACE UKEEKWE,<br><br>    Defendants. | Civil Action No: 1:17-cv-01253 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the within **Stipulation and Notice of Dismissal of Defendants Israel Baptist Church and Israel Manor, Inc. Pursuant to Rule 41(a)(1)(A)** was served by electronic filing on counsel listed on the Notice of Electronic Filing:

**And by email to:**
Joseph B. Wolf
JBW@GDLDLAW.COM
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
Attorneys for Defendants
American Contractors Insurance Group Ltd., New Life Israel, Inc., and Forester Construction Co.

**And by email to:**

Ben Perry
bperry@atlanticcaisson.com
Atlantic Caisson Corporation
111 Theatre Road
Glen Rock, PA  17327

Vincent E. Verrocchio, Esquire
600 Massachusetts Avenue, NW
Washington, DC  20001
Attorneys for Defendants
Dr. Chukwelete Ukeekwe and Grace Ukeekwe

                  /s/ Richard W. Driscoll
                  Richard W. Driscoll (436471)

{L0696792.1}