IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BITCO NATIONAL INSURANCE COMPANY f/k/a Bituminous Fire & Marine Insurance Company,<br><br>        Plaintiff,<br>v.<br><br>AMERICAN CONTRACTORS INSURANCE GROUP LTD., ATLANTIC CAISSON CORPORATION, NEW LIFE ISRAEL, INC., FORRESTER CONSTRUCTION CO., DR. CHUKWULETE UKEEKWE, and GRACE UKEEKWE,<br><br>        Defendants. | Civil Action No: 1:17-cv-01253-TJK |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii), all parties hereby stipulate to the dismissal of all claims asserted in this action, with prejudice, each party being solely responsible for its own costs. It is further acknowledged and agreed by BITCO that the stipulation of dismissal without prejudice filed on or about August 8, 2017 regarding Israel Baptist Church and Israel Manor Inc. is now to be deemed a dismissal with prejudice.

| | |
|---|---|
|   /s/ Joseph B. Wolf<br>Joseph B. Wolf, Esquire<br>Goodell, DeVries, Leech & Dann, LLP<br>One South Street, 20th Floor<br>Baltimore, MD  21202<br>*Attorneys for Defendants*<br>*American Contractors Insurance Group Ltd., New Life Israel, Inc., and Forrester Construction Co.* |   /s/ Joseph L. Beavers<br>Joseph L. Beavers, Esquire<br>Miles & Stockbridge, P.C.<br>1500 K Street, NW<br>Suite 800<br>Washington, DC  20005-1209<br>*Attorneys for Atlantic Caisson Corporation* |

| | |
|---|---|
| /s/ Vincent E. Verrocchio | /s/ Edward I. Levicoff |
| Vincent E. Verrocchio, Esquire | Edward I. Levicoff, Esquire |
| 600 Massachusetts Avenue, NW | The Levicoff Law Firm, P.C. |
| Washington, DC  20001 | 4 PPG Place, Suite 200 |
| *Attorneys for Defendants* | Pittsburgh, PA 15222 |
| *Dr. Chukwelete Ukeekwe and  Grace Ukeekwe* | *Counsel for Plaintiff* |
| | *BITCO National Insurance Company* |